IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE                           PLAINTIFF

v.                    No. 4:23-cv-1208-DPM

THAWNG THA CUNG                                  DEFENDANT

## ORDER

      Motion for entry of default, *Doc. 8*, denied without prejudice. North American didn't state by affidavit, or another acceptable paper, whether Cung is in military service, as required by 50 U.S.C. § 3931(b)(1) & (4).

      So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2024