# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE                                           PLAINTIFF

v.                          No. 4:23-cv-1208-DPM

THAWNG THA CUNG                                                     DEFENDANT

## ORDER

Motion for entry of default, *Doc. 10*, granted. The Court directs the Clerk to enter a Clerk's default against Cung. Fed. R. Civ. P. 55(a).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2024