IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE                                             PLAINTIFF

v.                              No. 4:23-cv-1208-DPM

THAWNG THA CUNG                                                       DEFENDANT

ORDER

Thawng Tha Cung didn't tell the truth on his application for a life insurance policy with North American Company for Life and Health Insurance. He said that he hadn't smoked cigarettes in the past year. Relying on that representation, North American issued Cung a life insurance policy at a preferred non-tobacco rate class. North American later discovered that Cung admitted to his doctor that he smokes cigarettes every day. North American repeatedly requested that Cung consent to rescission of the policy, but he never responded. Cung also hasn't responded to North American's lawsuit asking the Court for a declaratory judgment rescinding the policy based on a material misrepresentation. There was good service. *Doc. 4*. The Clerk has entered a default. *Doc. 12*.

North American's motion for a default judgment, *Doc. 13*, is granted. Cung has conceded the facts by not responding. He intended to make a material misrepresentation on the policy application, so the

policy may be rescinded under Texas law. *Mayes v. Massachusetts Mutual Life Insurance Co.*, 608 S.W.2d 612, 616 (Tex. 1980). No hearing on damages is necessary because North American seeks only a declaratory judgment, *Stephenson v. El-Batrawi*, 524 F.3d 907, 915 (8th Cir. 2008), which will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2024