IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE                                              PLAINTIFF

v.                          No. 4:23-cv-1208-DPM

THAWNG THA CUNG                                                        DEFENDANT

## JUDGMENT

North American Company for Life and Health Insurance is entitled to judgment that its life insurance policy number LB42180584 is rescinded and void *ab initio*. Neither Thawng Tha Cung nor any other person has any right or interest in the policy, including without limitation the right to death benefits.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2024